

1  Floyd Hand
2  P.O. Box 150
   Pine Ridge, SD 57770
3  (605) 867-5762
   *Plaintiff, pro se*
4

5

6  **IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF ARIZONA**
7

8  Ivan H. Lewis; Floyd Hand; William J.)
   Bielecki, Sr.; Jimmie Packhorse, Sr.;)
9  and unknown other plaintiffs, each as)
   individuals.                        )
10                                      )        **No: CV-09-8196-PCT-FJM**
                                        )
11         Plaintiffs,                  )
                                        )
12           vs.                        )
                                        )
13 JAMES RAY INTERNATIONAL, INC. &)              **SECOND
   trusts & aliases; QUANTUM SHIFT,)             AMENDED COMPLAINT**
14 INC. & trusts & aliases; ANGEL)
   VALLEY RESORT CENTER & trusts &)
15 aliases; ANGEL VALLEY MINISTRIES,)
   INC.; ANGEL VALLEY RANCH)
16 PROPERTIES, L.L.C., & trusts &)              **JURY DEMAND**
   aliases; ANGEL VALLEY SPIRITUAL)
17 RETREAT CENTER, L.L.C., & trusts &)
   aliases: each as Corporations/Limited)
18 Liability Companies; James Arthur)
   Ray & trusts & aliases; and Michael)
19 Hamilton &  trusts & aliases; Amayra)
   Hamilton &  trusts & aliases: each as)
20 individuals    and    as    Corporate)
   Officers/Directors of their respective)
21 named   companies;   and   unknown)
   Defendants, related trusts & aliases,)
22 each jointly and severally.          )
           Defendants                   )
23
                                        )
24 _____
                  **PLAINTIFFS'**
25        **SECOND AMENDED COMPLAINT**

26 **TO:** See Attached Service List.

27       **NOW COMES** Ivan H. Lewis; Floyd Hand; William J. Bielecki, Sr.;
   Jimmie Packhorse, Sr ., individuals, *pro se*, and Plaintiffs in the above
28 captioned case, hereby submits their **SECOND AMENDED COMPLAINT**
   as follows:

1

2

## JURY DEMAND

3
4    Pursuant to Rule 38. Jury Trial of Right, of the F.R.Civ.P., Plaintiffs
hereby collectively make a Jury Demand.

5

6

## SUMMARY OF CASE

7    The Plaintiffs being Native American or adopted, incorporate and
8    utilize the "Sweat Lodge" as an intricate and personalized part of their
9    heritage, traditions, culture and spiritual ceremonial practices
10   exclusively. In spite of the many reservation horrors encountered today,
11   certain ceremonies are considered a very personal natural way of life, not
12   to be taken lightly by any means. The Defendants, each being non-
13   Indians, had jointly and severally, copied, duplicated and utilized the
14   Native Americans' Sweat Lodge and ceremony strictly for their own
15   personal gain and commercial profits of $9,000.00 - $10,000.00 per
16   person (approximately $650,000.00 per event), extending for a period of
17   approximately six (6) years.

18   The Defendants had also impersonated an Indian and/or
19   conspired to aid and abet same, without any form of authorization of a
20   kind, and in violation of 25 CFR Part 309, *et seq.* Indian Arts and Crafts
21   Act of 1990, as amended and Indian Arts and Crafts Enforcement Act of
22   2000, as amended. As a result of the Defendants wrong doings, three (3)
23   deaths and approximately Twenty (20) additional injuries had occurred.
24   The Plaintiffs and all Native Americans, as a result of three deaths and
25   approximately 20 injuries directly caused by the Defendants, have
26   suffered immense indignation, racial profiling and stigmatizing due to the
27   large publicity and mass media directly and indirectly generated by the
28   Defendants.

1

## JURISDICTION

2

3       The judicial Power shall extend to all Cases, in Law and Equity,

4   arising under this Constitution, the Laws of the United States, and

5   Treaties made, or which shall be made, under their Authority; --

6   [between Citizens of different States;] – [and between a State, or the

7   Citizens thereof, and foreign States, Citizens or Subjects.], more

8   specifically: 28 USC §1331, 28 USC §1332, 28 USC §1343, 28 USC

9   §1362 and 25 CFR Part 309 et seq.

10

## NAMED PARTY PLAINTIFFS

11

12      1. **Plaintiff Floyd (Looks for Buffalo) Hand, *pro se***, an individual

13          and grandson of Chief Red Cloud and direct descendant of the

14          Crazy Horse Band, is a member of the Oglala Sioux Nation and an

15          active participant of most Tribal traditions and ceremonial

16          practices traditionally, culturally and spiritually.

17      2. Mr. Hand is an Oglala Lakota Sioux Delegate of the Black Hills

18          Sioux Nation Treaty Council ("BHSNTC"), an Oglala Lakota Sioux

19          cultural & spiritual interpreter, teacher, lecturer, spiritual healer

20          and author of the "Learning Journey on the Red Road (ISBN 0-

21          9663957-0-0)." Mr. Hand resides at P.O. Box 150, Pine Ridge,

22          South Dakota 57770.

23      3. **Plaintiff Ivan H. Lewis, *pro se*** an individual and a member of the

24          Yavapai Apache Nation and an active participant of most Tribal

25          traditions and ceremonial practices traditionally, culturally and

26          spiritually. Mr. Lewis resides at 15515 Ci-Hon-Na Circle, Fort

27          McDowell, Arizona 85264.

28

4. **Plaintiff William J. Bielecki, Sr., *pro se*** is an individual, adopted into the Oglala Sioux Nation as brother to Floyd (Looks for Buffalo) Hand via traditional process. Mr. Bielecki is licensed to practice law in the Oglala Sioux Nation Tribal Courts as a Law Advocate, primarily focusing on human/civil rights, *pro bono*, often representing the Treaty Councils on Treaty issues, inherent rights, power and authority, as well as other matters. Mr. Bielecki also has federal litigation experience in the Federal 7th Circuit Court. Mr. Bielecki resides at P.O. Box 1990, Pine Ridge, South Dakota 57770.

5. **Plaintiff Jimmie Richardson-Packhorse, Sr., *pro se*,** an individual and a member of the Ponca tribe of Indians of Oklahoma, and an active participant of most Tribal traditions and ceremonial practices traditionally, culturally and spiritually. Mr. Packhorse is a duly license Law Advocate in several Tribal courts, and a member of the San Carlos Bar Association. Mr. Packhorse resides at P.O. Box 1142, Maricopa, Arizona 85239.

## NAMED PARTY DEFENDANTS

6. **Defendant James Arthur Ray & unknown trusts & aliases** is a non-Indian individual who jointly and severally assisted in building the "Sweat Lodge" with others, and co-sponsored and conducted the sweat event, for personal gains and commercial profits, that caused three deaths and about twenty injuries believed to be due to gross negligence and other unlawful acts, and had a personal responsibility for the victims' safety.

7. Mr. Ray was charged for three (3) counts of manslaughter alleged to happen on or about October 08, 2009, in Yavapai County,

Arizona. The alleged victims named are Kirby Brown, Elizabeth Neuman and James Shore.

8. Mr. Ray is the Founder, Director and Chief Operating Officers of JAMES RAY INTERNATIONAL, Inc. of 5927 Balfour Ct., Ste 104, Carlsbad, California, a California Corporation (Foreign #: C2586229), and a Nevada Corporation (Domestic ID: NV20001376274), and QUANTUM SHIFT, INC. of the same address, a California Corporation (Domestic #: C3187154).

9. Mr. Ray lists his resident address, according to police reports (last available) as 783 Rise Canyon Drive, Henderson, Nevada 89502 & 11964 Crest Place, Beverly Hills, CA 90210. He also lists his current mailing address as P.O. Box 69168 West Hollywood, CA 90069, however, is believed to be residing at his Beverly Hills, California address.

10.    Mr. Ray is believed to be selling and/or transferring his personal assets to his solely owned corporations, such as his $4,000,000.00 home in Beverly Hills, California and his Henderson, Nevada home to the James A. Ray revocable trust, with James Arthur Ray (trustee) as both grantee and grantor.

11.    **Defendant JAMES RAY INTERNATIONAL, INC. & unknown trusts & aliases**, are non-Indians that is a California Corporation (Foreign: C2586229), and a Nevada Corporation (Domestic ID: NV20001376274).

12.    James Arthur Ray, the Founder, Director and Chief Operating Officers had solicited, developed and conducted his spiritual programs for personal gains and commercial profits under the guises and shelter of his corporation thereby attempting to

1  divert personal liability, and accountability, for his personal gross

2  negligence.

3  13.    James Ray International, Inc. is believed to reside at 5927

4  Balfour Court, Ste 104, Carlsbad, California 92008.

5  14.    **Defendant QUANTUM SHIFT, INC. & unknown trusts &**

6  **aliases,** are non-Indians that is a California Corporation (Domestic

7  #: C3187154). James Arthur Ray, the Founder, Director and Chief

8  Operating Officer had solicited, developed and conducted his

9  spiritual programs for personal gains and commercial profits under

10  the guises and shelter of Quantum Shift corporation thereby

11  attempting to divert personal liability, and accountability, for his

12  personal gross negligence.

13  15.    Additionally, James Arthur Ray is believed to be selling his

14  personal assets to his solely owned corporations in order to escape

15  personal accountability, such as his $4,000,000.00 home located

16  in Beverly Hills, California to Quantum Shift, Inc.

17  16.    Quantum Shift, Inc. is believed to reside at 5927 Balfour

18  Court, Ste 104, Carlsbad, California 92008.

19  17.    **Defendants Michael Hamilton & Amayra Hamilton &**

20  **unknown trusts & aliases** are non-Indian individuals who jointly

21  and severally assisted in building the "Sweat Lodge" with others,

22  co-sponsored and conducted the sweat event, for personal gains

23  and commercial profits, that caused three deaths and about twenty

24  injuries believed to be due to gross negligence and other unlawful

25  acts, for their own personal gain and commercial profits. The

26  alleged victims' named are Kirby Brown, Elizabeth Neuman and

27  James Shore.

28

18.     Mr. Hamilton. Mr. & Mrs. Hamilton own and/or operate the land and facilities upon which the deaths took place, and had a personal responsibility for the victims' safety. Mr. & Mrs. Hamilton are the is the Founders, Directors and Chief Operating Officers of ANGEL ALLEY RESORT CENTER a/k/a ANGEL VALLEY MINISTRIES, an Arizona Corporation (File No: 1107624-1), a/k/a ANGEL VALLEY RANCH PROPERTIES, LLC, an Arizona L.L.C. (File: L-1039882-1), and a/k/a ANGEL VALLEY SPIRITUAL RETREAT CENTER, LLC, an Arizona L.L.C. (File: L-1156335-5).

19.     Mr. & Mrs. Hamilton is believed to be residing at 13513 Angel Valley Road, Sedona, Arizona 86336.

20.     **Defendants ANGEL VALLEY RESORT CENTER a/k/a ANGEL VALLEY MINISTRIES, an Arizona Corporation (File No: 1107624-1), a/k/a ANGEL VALLEY RANCH PROPERTIES, LLC, an Arizona L.L.C. (File: L-1039882-1), and a/k/a ANGEL VALLEY SPIRITUAL RETREAT CENTER, LLC, an Arizona L.L.C. (File: L-1156335-5) & their unknown trusts aliases** are non-Indians. The above named entities shall hereinafter sometimes collectively be called "Angel Valley."

21.     Each entity was jointly and severally participants of the James Arthur Ray's spiritual program at the time and location upon which three (3) deaths took place.

22.     Mr. & Mrs. Hamilton are the Founders, Directors and Chief Operating Officers of said entities who had used their entities to co-solicit, co-develop and co-conduct James Arthur Ray's spiritual programs, for their own personal gains and commercial profits, under the guises and shelter of their corporations and Limited Liability Companies, thereby attempting to divert their personal

1   liability for personal gross negligence, for their own personal gain

2   and commercial profits.

3   23.      Defendants ANGEL VALLEY RESORT CENTER, ANGEL

4   VALLEY MINISTRIES, ANGEL VALLEY RANCH PROPERTIES, LLC,

5   and ANGEL VALLEY SPIRITUAL RETREAT CENTER, LLC, are

6   believed to be residing at 13513 Angel Valley Road, Sedona,

7   Arizona 86336.

8

9                              **COMPLAINT**

10  24.      Defendant James Arthur Ray, by and through his company,

11  James Ray International, Inc., contracted the services of Michael &

12  Amayra Hamilton, and Mr. & Mrs. Hamilton's companies to build

13  an authentic Native American "Sweat Lodge," but in much greater

14  size and/or dimensions than traditional use calls for, for the

15  purposes of accommodating a greater number of participants, and

16  greater financial rewards.

17  25.      Mr. Ray's purpose of accommodating a greater number of

18  participants was primarily for greater capitalization on each event,

19  for personal gains and commercial profits. Mr. Ray was charging

20  approximately   $9,000.00   -$10,000.00   per   person,   while

21  accommodating approximately 65 or more participants, extending

22  for a period of approximately six (6) years.

23  26.      Each event meant gross receipts of $585,000.00 -

24  $650,000.00. According to www,inc.com, James Ray International

25  did about 9.4 million dollars in revenue for the year 2008. Much of

26  that revenue was generated by Mr. Ray and co-conspirators'

27  through coping designs and duplicating Native American

28  ceremonial structures and designs, and impersonating Native

American ceremonial traditions, customs and spirituality (**see Attachment A, the Sweat Lodge photo**).

27.     Mr. Ray had reportedly told his participants on that fatal day as people were vomiting and gagging: [You are not going to die, you might think you are].

28.     As a result of Mr. Ray's actions described above, three (3) participants had lost their lives, and approximately 20 others were injured. Mr. Ray was indicted for three (3) counts of manslaughter alleged to happen on or about October 08, 2009, in Yavapai County, Arizona (**see Attachment B, indictment**).

29.     Defendants Michael & Amayra Hamilton, both personally and through their companies, aided and abetted Mr. Ray's actions by contracting the use of their land and facilities for profit. Mr. & Mrs. Hamilton reside and work at the facilities used by Mr. Ray, and assisted him in his enterprise.

30.     Defendants James Arthur Ray and Michael & Amayra Hamilton each advertised and solicited participation in the Sweat Lodge events personally and by and through their respective companies, and other events sponsored through them.

31.     Defendants James Arthur Ray and Michael & Amayra Hamilton each had full control and authority directly or through their respective corporations, in the construction, operational design and use of the Native American designed Sweat Lodge.

32.     Defendants James Arthur Ray and Michael & Amayra Hamilton, and their representative corporations', each had a moral, ethical and legal duty to assure the safety of each and every participant.

33.    As a direct result of Defendants James Arthur Ray, Michael & Amayra Hamilton, and their representative corporations' actions and/or lack of actions, the Plaintiffs and all Native Americans have suffered immense indignation, racial profiling and stigmatizing due to the large publicity and mass media directly and indirectly generated by the Defendants.

34.    Defendants James Arthur Ray and Michael & Amayra Hamilton, each by and through their business entities, each have violated the 25 CFR Part 309 *et seq.* – Indian Art and Crafts Act of 1990, as amended, and Indian Art and Crafts Enforcement Act of 2000, as amended. Each named "Act" protects Native American art, crafts and ceremonial paraphernalia, structures and ceremonies from unauthorized coping, duplicating and authenticating for commercial purposes by non-Indians.

35.    Because of each of the named Defendants, the general public across America and Internationally now believe that the Native American "Sweat Lodge" is a death trap. Already the State of Arizona had proposed Senate Bill 1164 to regulate Sweat Lodges, that adds nothing but further insult.

36.    It is bad enough that Native Americans have been criticized and stigmatized because of their impoverished living conditions, but now our very own ceremonies and **<u>WAY OF LIFE</u>** are under attack.

37.    The Native American Tribal traditional laws and ceremonial practices, according to ancient oral history and teachings, are very near and dear to Native Americans, reaching well into the very core and essence as to who we are, and our connection with our

ancestors and past, and abuse and misuse of our ceremonies cannot be tolerated.

## RELIEF

**WHEREFORE,** Plaintiffs Ivan H. Lewis, Floyd Hand, William J. Bielecki, Sr. and Jimmie Packhorse, Sr. each jointly and severally pray upon this Honorable Court to grant the following:

Plaintiffs are seeking not less than five million ($5,000.000.00) dollars in direct and indirect consequential damages, in addition to coincidental and punitive damages to go directly into a special trust fund strictly dedicated to reeducate and/or educate the general public on the purpose, use and safety of Native American ceremonies.

No Plaintiff shall personally profit from any award that may be granted. A committee made up of not less than three (3), nor more than seven (7) individuals shall manage and direct the now named special "Native American Ceremonial Education Fund". Said committee shall be made up from the Plaintiffs and/or their designees.

Plaintiffs are also seeking, in addition to any net award, all court costs, litigation costs incidental to maintaining a law suit, including travel, lodging and meal expenses, and any and all attorneys fees (if any), in addition to any and all such further relief as this Court deems fair and equitable.

Dated this 27th day of March, 2010

By: _Floyd Hand_
Floyd Hand, Pro Se
P.O. Box 150
Pine Ridge, SD 57770
(605) 867-5762

1

2
By: _____
Ivan H. Lewis, Pro Se
3
15515 CI-HON-NA Circle
Ft. McDowell, AZ 85264
4
(480) 600-6489

5
By: _____
6
William J. Bielecki, Sr., Pro Se
P.O. Box 1990
7
Pine Ridge, SD 57770
Tel: (605) 867-5028
8
Fax: (605) 867-1006

9

10
By: _____
Jimmie Packhorse, Sr., Pro Se
11
P.O. Box 1142
Maricopa, AZ 85239
12
(520) 424-3150

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The New York Times

January 14, 2010



Yavapai County Sheriff's Office, via Associated Press
• Twitter
Sign in to Recommend

This undated photograph shows the sweat lodge near Sedona, Ariz, where three people died after a ceremony on Oct. 8.

PLAINTIFF
ATTACHMET A

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF YAVAPAI

SUPERIOR COURT
YAVAPAI COUNTY, ARIZONA

2010 FEB -3 PM 2:44

JEANNE HICKS, CLERK
L. Miller ✓

| | |
|---|---|
| STATE OF ARIZONA,<br><br>               Plaintiff,<br><br>VS.<br><br>JAMES ARTHUR RAY,<br><br>               Defendant. | Superior Court No. V1300CR201080049<br><br>Grand Jury No. 156-GJ-17468<br><br>Division _____<br><br>**INDICTMENT** |

The grand jurors of Yavapai County, Arizona, accuse **JAMES ARTHUR RAY**, charging that in Verde Valley Precinct, Yavapai County, State of Arizona:

### COUNT I — MANSLAUGHTER

On or about October 8, 2009, **JAMES ARTHUR RAY**, recklessly caused the death of Kirby Brown, in violation of A.R.S. §13-1103, a class 2 felony.

### COUNT II — MANSLAUGHTER

On or about between October 8, 2009 and October 17, 2009, **JAMES ARTHUR RAY**, recklessly caused the death of Elizabeth Neuman, in violation of A.R.S. §13-1103, a class 2 felony.

### COUNT III — MANSLAUGHTER

On or about October 8, 2009, **JAMES ARTHUR RAY**, recklessly caused the death of James Shore, in violation of A.R.S. §13-1103, a class 2 felony.

<table>
<tr>
<td>SHEILA SULLIVAN POLK<br>Yavapai County Attorney<br><br>By _____</td>
<td>_____02/03/2010_____<br><br>_____A True Bill_____<br>(Foreman writes "A True Bill")<br><br>_____Cynthia Wilson_____<br>Foreman of the Grand Jury</td>
</tr>
</table>

PLAINTIFF
ATTACHMENT B

Lewis, *et al* vs. Ray, *et al*                                          **No: CV-09-8196-PCT-FJM**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

## SERVICE LIST

Clerk of the Court          ☒   Personal Service, hand delivery
United States District Court     ☐   First class U.S. Cert. Mail, receipt requested, last known address
District of Arizona - Phoenix Div.   ☐   First class U.S. Regular Mail, last known address
U.S. Courthouse, Suite 130      ☐   Email
401 West Washington St., SPC 1    ☐   Facsimile
Phoenix, AZ 85003-2118       ☐   SUMMONS, personal service
(602) 322-7200

**PLAINTIFFS**

Floyd Hand, Pro Se         ☐   Personal Service, hand delivery
P.O. Box 150             ☐   First class U.S. Cert. Mail, receipt requested, last known address
Pine Ridge, SD 57770       ☐   First class U.S. Regular Mail, last known address
(605) 867-5762           ☐   Email
                           ☐   Facsimile
                           ☐   SUMMONS, personal service

Ivan H. Lewis, Pro Se       ☐   Personal Service, hand delivery
15515 CI-HON-NA Circle     ☐   First class U.S. Cert. Mail, receipt requested, last known address
Ft. McDowell, AZ 85264      ☐   First class U.S. Regular Mail, last known address
(480) 600-6489           ☐   Email
                           ☐   Facsimile
                           ☐   SUMMONS, personal service

William J. Bielecki, Sr., Pro Se   ☐   Personal Service, hand delivery
P.O. Box 1990            ☐   First class U.S. Cert. Mail, receipt requested, last known address
Pine Ridge, SD 57770       ☐   First class U.S. Regular Mail, last known address
Tel: (605) 867-5028        ☐   Email
Fax: (605) 867-1006        ☐   Facsimile
                           ☐   SUMMONS, personal service

Jimmie Packhorse, Sr., Pro Se   ☐   Personal Service, hand delivery
P.O. Box 1142            ☐   First class U.S. Cert. Mail, receipt requested, last known address
Maricopa, AZ 85239        ☐   First class U.S. Regular Mail, last known address
(520) 424-3150           ☐   Email
                           ☐   Facsimile
                           ☐   SUMMONS, personal service

**DEFENDANTS**

Page 1 of 3

Lewis, *et al* vs. Ray, *et al*                                         **No: CV-09-8196-PCT-FJM**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

---

# SERVICE LIST

James Arthur Ray
11964 Crest Place
Beverly Hills, CA 90201

783 Rise Canyon Dr.
Henderson, NV 89052

- ☐ Personal Service, hand delivery
- ☐ First class U.S. Cert. Mail, receipt requested, last known address
- ☐ First class U.S. Regular Mail, last known address
- ☐ Email
- ☐ Facsimile
- ☐ SUMMONS, personal service

James Arthur Ray
Reg. Agent/President
James Ray International, Inc.
5927 Balfour Ct., Ste 104
Carlsbad, CA 92008

- ☐ Personal Service, hand delivery
- ☐ First class U.S. Cert. Mail, receipt requested, last known address
- ☐ First class U.S. Regular Mail, last known address
- ☐ Email
- ☐ Facsimile
- ☐ SUMMONS, personal service

James Arthur Ray
Reg. Agent/President
Quantum Shift, Inc.
5927 Balfour Ct., Ste 104
Carlsbad, CA 92008

- ☐ Personal Service, hand delivery
- ☐ First class U.S. Cert. Mail, receipt requested, last known address
- ☐ First class U.S. Regular Mail, last known address
- ☐ Email
- ☐ Facsimile
- ☐ SUMMONS, personal service

Michael Hamilton
13513 Angel Valley Road
Sedona, AZ 85336

- ☐ Personal Service, hand delivery
- ☐ First class U.S. Cert. Mail, receipt requested, last known address
- ☐ First class U.S. Regular Mail, last known address
- ☐ Email
- ☐ Facsimile
- ☐ SUMMONS, personal service

Amayra Hamilton
13513 Angel Valley Road
Sedona, AZ 85336

- ☐ Personal Service, hand delivery
- ☐ First class U.S. Cert. Mail, receipt requested, last known address
- ☐ First class U.S. Regular Mail, last known address
- ☐ Email
- ☐ Facsimile
- ☐ SUMMONS, personal service

Michael Hamilton
D/B/A
Angel Valley Resort Center
13513 Angel Valley Road
Sedona, AZ 85336

- ☐ Personal Service, hand delivery
- ☐ First class U.S. Cert. Mail, receipt requested, last known address
- ☐ First class U.S. Regular Mail, last known address
- ☐ Email
- ☐ Facsimile
- ☐ SUMMONS, personal service

Lewis, *et al* vs. Ray, *et al*                                      No: **CV-09-8196-PCT-FJM**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

---

## SERVICE LIST

---

Michael Hamilton
Reg. Agent/President
Angel Valley Ministries
13513 Angel Valley Road
Sedona, AZ 85336

☐ Personal Service, hand delivery
☐ First class U.S. Cert. Mail, receipt requested, last known address
☐ First class U.S. Regular Mail, last known address
☐ Email
☐ Facsimile
☐ SUMMONS, personal service

Michael Hamilton
Reg. Agent/President
Angel Valley Ranch Properties, LLC
13513 Angel Valley Road
Sedona, AZ 85336

☐ Personal Service, hand delivery
☐ First class U.S. Cert. Mail, receipt requested, last known address
☐ First class U.S. Regular Mail, last known address
☐ Email
☐ Facsimile
☐ SUMMONS, personal service

Michael Hamilton
Reg. Agent/President
Angel Valley Spiritual Retreat Center
13513 Angel Valley Road
Sedona, AZ 85336

☐ Personal Service, hand delivery
☐ First class U.S. Cert. Mail, receipt requested, last known address
☐ First class U.S. Regular Mail, last known address
☐ Email
☐ Facsimile
☐ SUMMONS, personal service